```
1   LELAND LAW
    7200 Greenleaf Avenue, Suite 170A
2   Whittier, CA 90602
3   Telephone: (562) 904-6955
    Facsimile:  (562) 632-1301
4   ALEXIS M. LELAND (State Bar No: 223729)
5   E-mail: tracey@disabilitylawfirm.com
            Attorneys for Plaintiff
6   TRACY L. WILKISON
7   United States Attorney
    DAVID M. HARRIS
8   Assistant United States Attorney
9   Chief, Civil Division
10  CEDINA M. KIM
    Assistant United States Attorney
11  Senior Trial Attorney, Civil Division
12  TINA NAICKER, CSBN 252766
    Special Assistant United States Attorney
13          Social Security Administration
14          160 Spear Street, Suite 800
            San Francisco, CA  94105
15          Telephone:  (510) 970-4842
16          Facsimile: (415) 744-0134
17          Email:  tina.naicker@ssa.gov
            Attorneys for Defendant
18
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DVISION

| FRANCISCO DE LOS SANTOS, | ) Case No. CV 20-8633-SK |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER AWARDING EQUAL** |
| v. | ) **ACCESS TO JUSTICE ACT** |
| KILOLO KIJAKAZI, | ) **ATTORNEY FEES PURSUANT TO** |
| Commissioner of Social Security, | ) **28 U.S.C. § 2412(d)** |
| | ) |
| Defendant. | ) |

1  Based upon the parties' Stipulation for the Award and Payment of Equal
2  Access to Justice Act Fees, IT IS ORDERED that fees in the amount of TWO
3  THOUSAND SEVEN HUNDRED DOLLARS [$2,700.00]. as authorized by 28
4  U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: __1/26/2022__    _____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE